**Order filed March 16, 2021**



**In the**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00562-CR**

_____

**EX PARTE HAMZEH H. SHARAN, Appellant**

---

**On Appeal from the County Court at Law No. 4
Fort Bend County, Texas
Trial Court Cause No. 17-CCR-191690**

---

## O R D E R

The clerk's record was filed July 26, 2019. We determine that mandatory items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(a), (c).

Appellant's designation requests the following documents:

10. Motion to Vacate Conviction filed February 14, 2019

12. Order on Motion to Set Aside Verdict, denying motion, signed February 22, 2019 (bearing file stamp dates of 03/18/2019 and 2/27/19)

These designations describe documents that the clerk's record "*must* include." Tex. R. App. P. 34.5(a) (emphasis added). Specifically, the clerk's record

must include "any request for findings of fact and conclusions of law, *any post-judgment motion*, *and the court's order on the motion*." Tex. R. App. P. 34.5(a)(6) (emphasis added).[1] By their descriptions, the documents in requests 10 and 12 appear to be a post-judgment motion and an order on a post-judgment motion. These documents are accordingly required to be included in the clerk's record.[2]

Accordingly, the Fort Bend County Clerk is directed to prepare, certify, and file a supplemental clerk's record on or before March 30, 2021, containing (1) a motion to vacate conviction filed in February 2019 and (2) the trial court's order, filed in February or March 2019, on a motion to set aside the verdict, or documents otherwise matching any of the following descriptions:

Motion to Vacate Conviction filed February 14, 2019

ORDER ON MOTION TO SET ASIDE VERDICT (DENIED 2/22/19) [filed] 2/27/19

Order on Motion to Set Aside Verdict, denying motion, signed February 22, 2019 (bearing file stamp dates of 03/18/2019 and 2/27/19)

---

[1] *See also* Tex. R. App. P. 34.5(a)(13) (clerk's record "must" contain filing that party requests be included in clerk's record).

[2] With regard to request number 12, we note that the clerk's record includes the following entry:

20. ORDER ON MOTION TO SET ASIDE VERDICT (DENIED 2/22/19) ............ 2/27/19 ................ 50

We understand that entry to refer to an order dated February 22, 2019, filed on February 27, 2019, and included at page 50 of the clerk's record, a description which matches the description of request number 12. Page 50 of the clerk's record, however, shows an order dated February 27, 2018—one year earlier—that is not an order on a motion to set aside the verdict. While there is a supplemental clerk's record also on file, it does not contain the document in question.

If an omitted item is not part of the case file, the district clerk is directed to prepare, certify, and file a supplemental clerk's record containing a statement that the omitted item is not a part of the case file.


PER CURIAM


Panel consists of Justices Jewell, Spain, and Wilson.